UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

**<u>Richard Coleman</u>**

      v.                                      **Civil No. 12-cv-109-PB**

**<u>Town of Lee, NH</u>**

### O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated September 10, 2012. For the reasons stated in the Report and Recommendations, the plaintiff's complaint is dismissed in its entirety.

SO ORDERED.


October 3, 2012            */s/ Paul Barbadoro*
                                      Paul Barbadoro
                                      United States District Judge


cc: Richard Coleman, Pro Se